In the Matter of the Claim of STELLA HUFFER, Respondent, v. GRAND UNION Co. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MANISCALCO, Appellant, v. J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Cooke, JJ., concur.

In the Matter of DANIEL MILNER, Respondent, v. COUNTRY DEVELOPERS, INC., et al., Respondents, and SPECIAL DISABILITY FUND, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Staley, Jr., Greenblott, Cooke and Simons, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE H. ST. GERMAINE, Petitioner, v. DANIEL T. MANNING, as District Attorney of Essex County, Respondent.—

Herlihy, P. J., Reynolds, Greenblott, Cooke and Simons, JJ., concur.